IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOR IAN GENSINGER,
     Plaintiff,

vs.                           Case No.: 3:18cv2202/RV/EMT

M. LOWERY and M. HARRIS,
     Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 22, 2020 (ECF No. 35). Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      Defendants' Motion for Summary Judgment (ECF No. 26) is **DENIED.**

**DONE AND ORDERED** this 20th day of July, 2020.


s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**